UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

U.S. EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,                                    Case No.: 21-cv-03122

                  Plaintiff,

   v.

STARDUST DINERS, INC. D/B/A COLONY
DINER,

                  Defendant.
-----------------------------------------------------------------X

## NOTICE OF APPEARANCE OF JAMIE S. FELSEN, ESQ. FOR DEFENDANT

PLEASE TAKE NOTICE that Jamie S. Felsen, Esq. hereby appears as counsel for Defendant. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Lake Success, New York
       June 8, 2021

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

__/s Jamie S. Felsen, Esq._____
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
Jamie@mllaborlaw.com

*Attorneys for Defendant*