**MILMAN LABUDA LAW GROUP PLLC**

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
**(516) 328-8899**
**(516) 328-0082**

Author: Jamie S. Felsen - Member
Direct E-Mail Address: **jamie@mllaborlaw.com**
**Direct Dial: (516) 303-1391**

August 11, 2021

**VIA ECF**

Eric N. Vitaliano, U.S.D.J.
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201-1804

   *Re:* **U.S. Equal Employment Opportunity Commission v.**
      **Stardust Diners, Inc. d/b/a Colony Diner**
      **Case No.: 2:21-CV-03122 (ENV) (ARL)**

Dear Judge Vitaliano:

  This firm represents Defendant, Stardust Diners, Inc. d/b/a Colony Diner (hereinafter "Defendant" or "Stardust") in the above referenced case.

  In light of the representation by Plaintiff, EEOC, in opposition to Defendant's request for a pre-motion conference (ECF Doc. No. 9), that all of the aggrieved women for whom the EEOC seeks relief in this action will be identified by the EEOC in the discovery process, including identifying them in its initial disclosures, Defendant will withdraw its request to file a motion to dismiss without prejudice.

  Counsel for the parties have agreed that Defendant will file its Answer on or before September 10, 2021 and the parties will exchange initial disclosures 14 days after the Answer is filed. Defendant respectfully requests that the Court so order this agreement.

           **MILMAN LABUDA LAW GROUP PLLC**

           _____/s_____
           Jamie S. Felsen, Esq.
           Kyle F. Monaghan, Esq.
           3000 Marcus Avenue, Suite 3W8
           Lake Success, NY 11042-1073
           (516) 328-8899 (telephone)
           (516) 328-0082 (facsimile)
           jamiefelsen@mllaborlaw.com
           kyle@mllaborlaw.com

cc:  All counsel of record (via ECF)