**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
**(516) 328-8899**
**(516) 328-0082**

Author: Jamie S. Felsen - Member
Direct E-Mail Address: **jamie@mllaborlaw.com**
Direct Dial: (516) 303-1391

August 19, 2022

**VIA ECF**

Hon. Lee G. Dunst, U.S.M.J.
United States District Court Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722-4451

      *Re:*    **U.S. Equal Employment Opportunity Commission v.
Stardust Diners, Inc. d/b/a Colony Diner
Case No.: 2:21-CV-03122 (ENV) (ARL)**

Dear Judge Dunst:

      This firm represents Defendant, Stardust Diners, Inc. d/b/a Colony Diner in the above referenced case. Due to a breakdown in communications with Defendant and Defendant's failure to pay my firm's invoices, my firm will be filing a motion to be relieved as counsel and for an order directing Defendant to pay my firm's outstanding invoices. We anticipate filing the motion by September 9, 2022 (I will be on vacation next week).

      **MILMAN LABUDA LAW GROUP PLLC**

      /s/
      Jamie S. Felsen, Esq.

cc:    All counsel of record (via ECF)
         Stardust Diners, Inc. (via e-mail)