UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>STARDUST DINERS, INC. D/B/A COLONY DINER,<br><br>                Defendant. | Civ. No. 2:21-CV-03122-ENV-LGD |

PLEASE TAKE NOTICE that Plaintiff, Equal Employment Opportunity Commission will move before the Honorable Eric N. Vitaliano on May 12, 2023, or as soon thereafter as counsel may be heard, for a default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2).

PLEASE TAKE FURTHER NOTICE that in support of this Motion, EEOC will rely upon the accompanying Declarations and Memorandum of Law and;

Oral argument will be on a date and at a time to be designated by the Court.

Dated: April 28, 2023

                                          /s/Sebastian Riccardi
                                          SEBASTIAN RICCARDI
                                          Senior Trial Attorney
                                          U.S. Equal Employment Opportunity Commission
                                          New York District Office
                                          33 Whitehall St., 5th Floor

New York, NY 10004-2112
Telephone No.: 929-506-5340