# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
**(516) 328-8899**
**(516) 328-0082**

Author: Jamie S. Felsen - Member
Direct E-Mail Address: **jamie@mllaborlaw.com**
Direct Dial: (516) 303-1391

September 26, 2023

**VIA ECF**

Eric N. Vitaliano, U.S.D.J.
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201-1804

>        *Re:*     **U.S. Equal Employment Opportunity Commission v.**
>                  **Stardust Diners, Inc. d/b/a Colony Diner**
>                  **Case No.: 2:21-CV-03122 (ENV) (ARL)_____**

Dear Judge Vitaliano:

My firm, Milman Labuda Law Group PLLC, formerly represented Defendant, Stardust Diners, Inc. d/b/a Colony Diner in the above referenced case.  Milman Labuda Law Group PLLC hereby withdraws its motion for attorneys' fees filed against Defendant [ECF Doc. No. 34].

>                         **MILMAN LABUDA LAW GROUP PLLC**
>
>                         _____/s_____
>                         Jamie S. Felsen, Esq.

cc:     All counsel of record (via ECF)